[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 20-14528

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JESSE WITHERSPOON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:09-cr-60191-WPD-1

_____

Before WILSON, LUCK, and TJOFLAT, Circuit Judges.

PER CURIAM:

Leonard Feuer, appointed counsel for Jesse Witherspoon in this appeal for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Witherspoon's motion for compassionate release is **AFFIRMED**.